

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| Preston Louis Ursini, *Pro Se*<br>    PLAINTIFF | CIVIL COMPLAINT |
| vs. | Case No. 5:16-CV-156-TBR |
| James Moloney<br>    DEFENDANT | JURY TRIAL |

## PRELIMINARY STATEMENT

1. Plaintiff is Preston Louis Ursini, 1212 Helen Street, Paducah, KY 42001-2200 - (855) 347-3476 - preston@thefirehorn.com

2. Defendant is James Moloney - 2714 Howard Grove Rd - Davidsonville, MD 21035-1243 - (443) 851-7346 - firehorn@gmail.com

3. This is a civil action for Defendant's violation of the Anti-Cybersquatting Consumer Protection Act 15 U.S.C. § 1125(d) ("ACPA") regarding Defendant's registration of the name "firehorn.com"

4. The material findings of fact of this case are ongoing, and Plaintiff reserves the right to amend this complaint at any time.

5. A jury demand is hereby made by Plaintiff.

## JURISDICTION AND VENUE

1. This court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 as it arrises under the Federal Lanham Act 15 U.S.C. § 1125.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to the claim have occurred in Paducah, Kentucky.

## STATEMENT OF CLAIM

1. Defendant is the registrant of firehorn.com, and has not used the mark in commerce, and currently has no email address or website hosted or affiliated with that domain name. Defendant has no other trademark or intellectual property rights to the domain name.

2. The domain name "firehorn.com" is not the Defendant's legal or common name.

3. Defendant has not had bona fide non commercial or fair use of the mark associated with the domain name firehorn.com

4. Defendant does not have a bona fide noncommercial or fair use claim to the mark as associated with the domain name.

5. The Defendant's registration is de-facto intent that defendant is attempting to divert customers searching for "thefirehorn" to firehorn.com

6. Defendant has offered to sell the name firehorn.com to Preston Ursini. Defendant has stated that he has engaged in the selling of domain names in the past.

7. Registrant had in the past, provided false and misleading contact information in the registration of the name firehorn.com

8. The trademark "The Fire Horn" is owned by Preston Ursini and is licensed to The Fire Horn, Inc. for use in interstate commerce.

9. The mark "The Fire Horn" is distinctive and famous within its specific markets.

10. Defendants registration of the domain name "firehorn.com" has caused confusion with customers searching for "The Fire Horn", thereby diluting the value of the mark.

11. Defendants continued registration of the domain name has been a willful attempt to profit, in bad faith, from "The Fire Horn" mark.

12. Defendant has renewed the registration for the mark until the year 2019.

## CLAIM FOR RELIEF

1. Preston Ursini owns all rights to "The Fire Horn" mark. The Fire Horn is distinctive and famous within its specific markets.

2. Defendant has registered firehorn.com, which is confusingly similar to "The Fire Horn"

3. Defendants offer to sell the domain name has been a continuing intentional and willful attempt to profit in bad faith from "The Fire Horn" mark.

4. Plaintiff is entitled to relief pursuant to 15 U.S.C. § 117(d) in damages up to $100,000.00., and is also entitled to filing fees and other costs as defined in 15 U.S.C. § 117(a)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgement against Defendant and each as follows:

1. Preliminary injunctive relief enjoining Defendant from utilizing the domain name firehorn.com, or using "The Fire Horn" mark or any other variation which is substantially similar;

2. Ordering Defendant to transfer ownership and rights to firehorn.com to the Plaintiff;

3. Awarding Plaintiff the maximum statutory damages of $100,000 as allowed under 15 U.S.C. § 1117(d);

4. Awarding Plaintiff reasonable costs and filing fees;

5. Any such other relief as the Court may deem just and proper.

## CERTIFICATION AND CLOSING

1. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further

investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

2. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 3, 2016.

_____
Preston Ursini, Plaintiff
1212 Helen Street
Paducah, KY 42001-2200
*(855) 347-3476*
*preston@thefirehorn.com*